# United States Court of Appeals for the Federal Circuit

## 2011-3129: NORRIS V SEC

Arbitrator Decision

Lower Court/Agency #:  SEC-AR-09-005
Case Type:  Agency

Petition for Review Received:  05/09/2011
Petition for Review Filed:  05/09/2011
Docketed and Notice Sent to Parties:  05/10/2011
Certified List Filed:  06/10/2011

Fee Paid:  05/17/2011
Fee Amount:  450.00     Receipt No:  054321

| Date | Event Summary |
|---|---|
| | Nothing Due |
| 08/12/2011 | Appellant Principal Brief Filing Date |
| 09/26/2011 | Appellee or Cross Appellant Principal Brief Filing Date |
| 10/13/2011 | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| 10/28/2011 | Appendix Filing Date |
| 02/10/2012 | Oral Argument Date/Calendared |
| 04/10/2012 | Disposition:  Vacated and Remanded; Panel |
| 07/19/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-3129:  NORRIS V SEC

## List of Parties/Representation

| Party Type/Name | Represented by |
|---|---|
| **Petitioner** | |
| Jeffrey B. Norris | Michael J. Kator<br>  Kator Parks & Weiser PLLC<br>  1200 18th Street, NW<br>  Suite 1000<br>  Washington, DC  20036<br>  Phone #: (202)898-4800<br>  Fax #: (202)289-1389<br>  Email: mkator@katorparks.com<br>  Bar admit: 03/22/1983<br>  EOA Filed: 06/07/2011<br>  Principal Attorney<br><br>Adam Joshua Casner<br>  Kator Parks & Weiser PLLC<br>  1609 Shoal Creek Blvd.<br>  Suite 201<br>  Austin, TX  78701<br>  Phone #: (512)322-0600<br>  Fax #: (512)473-2813<br>  Bar admit: 08/11/2011<br>  EOA Filed: 08/11/2011 |

# United States Court of Appeals for the Federal Circuit

## 2011-3129: NORRIS V SEC

| Party Type/Name | Represented by |
|---|---|
| **Respondent** | |
| Securities and Exchange Commission | Tara K. Hogan<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone #: (202)616-2228<br>Fax #: (202)305-7643<br>Email: tara.hogan@usdoj.gov<br>Bar admit:  /  /<br>EOA Filed: 05/23/2011<br>Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-3129: NORRIS V SEC

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 05/10/2011 | F | 1 | Appeal docketed on 05/10/2011. EOD(05/10/2011 by CLT) 2011-3129 |
| 05/10/2011 | O | 2 | Official Caption. Court Service - 05/10/11. Filed: 05/10/11. REV(05/11/11 by CLT) 2011-3129 |
| 05/10/2011 | O | 3 | Certified list requested from arbitrator. Court Service - 05/10/11. Mailed: 05/10/11. REV(05/10/11 by CLT) 2011-3129 |
| 05/24/2011 | O | 4 | Entry of Appearance for Tara K. Hogan as principal attorney on behalf of the respondent, Securities and Exchange Commission. Mail Service - 05/23/11. Filed: 05/23/11. REV(05/24/11 by SCN) 2011-3129 |
| 05/27/2011 | O | 5 | Notice of Rejection: Statement Concerning Discrimination received by petitioner, Jeffrey Norris, is rejected; section A is not complete. Court Service - 05/27/11. Mailed: 05/27/11. REV(05/27/11 by CLT) 2011-3129 |
| 06/09/2011 | O | 6 | Entry of Appearance for Michael J. Kator as principal counsel on behalf of petitioner, Jeffrey B. Norris. Mail Service - 06/07/11. Filed: 06/07/11. REV(06/09/11 by SCN) 2011-3129 |
| 06/09/2011 | O | 7 | Docketing Statement for the petitioner, Jeffrey B. Norris. Mail Service - 06/06/11. Filed: 06/07/11. REV(06/09/11 by EO) 2011-3129 |
| 06/09/2011 | O | 8 | Petitioner's Fed Cir Rule 15(c) Statement Concerning Discrimination, selected #1. Mail Service - 06/08/11. Filed: 06/09/11. REV(06/09/11 by RM) 2011-3129 |
| 06/09/2011 | O | 9 | Certificate of Interest for petitioner, Jeffrey B. Norris. Mail Service - 06/06/11. Filed: 06/07/11. REV(06/09/11 by SCN) 2011-3129 |
| 06/10/2011 | O | 10 | Certified List from the arbitrator. Mail Service - 05/20/11. Filed: 06/10/11. REV(06/10/11 by MDB) 2011-3129 |
| 06/14/2011 | O | 11 | Notice to appellee: The docketing statement for the respondent, Securities and Exchange Commission is overdue. The docketing statement shall be filed no later than 6/24/11. Court Service - 06/24/11. Mailed: 06/14/11. REV(06/14/11 by SCN) 2011-3129 |

# United States Court of Appeals for the Federal Circuit

## 2011-3129:  NORRIS V SEC

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 06/20/2011 | O | 12 | Docketing Statement from the Respondent, Securities and Exchange Commission.  Mail Service - 06/17/11.  Filed: 06/17/11. REV(06/20/11 by JS)  2011-3129 |
| 07/25/2011 | M | 13 | Petitioner [Jeffrey B. Norris] - Consent motion for enlargement of time.  Mail Service - 07/22/11. Filed: 07/25/11. On consent. Action on Motion (14): Granted. The brief is due on or before 8/5/11. by Clerk. Filed: 07/25/11. EOD(07/25/11 by CLT) 2011-3129 |
| 08/02/2011 | M | 15 | Petitioner [Jeffrey B. Norris] - Second Consent Motion for Enlargement of Time ( to August 12, 2011 to file opening brief) [NPF]  Mail Service - 07/29/11. Filed: 07/31/11. Action on Motion (16): The motion is granted.  Petitioner may file his opening brief by August 12, 2011. by Clerk. Filed: 08/02/11. EOD(08/02/11 by LB)  2011-3129 |
| 08/11/2011 | O | 17 | Entry of Appearance for Adam Joshua Casner as counsel on behalf of petitioner, Jeffrey B. Norris.  Mail Service - 08/11/11. Filed: 08/11/11. REV(08/11/11 by SCN)  2011-3129 |
| 08/15/2011 | B | 18 | Jeffrey B. Norris [Petitioner] - Brief for Petitioner Jeffrey B. Norris. Mail Service-08/12/11. Filed: 08/12/11.  REV(08/15/11 by C_C)  2011-3129 |
| 09/27/2011 | B | 19 | Securities and Exchange Commission [Respondent] - Brief for Respondent Securities & Exchange Commission. Mail Service-09/26/11. Filed: 09/26/11.  REV(10/14/11 by KSH)  2011-3129 |
| 10/14/2011 | B | 20 | Jeffrey B. Norris [Petitioner] - Reply Brief for Petitioner Jeffrey B. Norris. Mail Service-10/13/11. Filed: 10/13/11. REV(10/14/11 by VW)  2011-3129 |
| 10/31/2011 | M | 21 | Petitioner [Jeffrey B. Norris] - Consent motion for leave to file out of time.  Mail Service - 10/28/11. Filed: 10/28/11. On consent. Action on Motion (22): Granted.  The appendix is accepted for filing by Clerk. Filed: 10/31/11. EOD(10/31/11 by SEW)  2011-3129 |
| 11/01/2011 | B | 23 | Jeffrey B. Norris [Petitioner] - Joint Appendix. Mail Service-10/28/11. Filed: 10/28/11.  REV(11/01/11 by SEW)  2011-3129 |
| 12/21/2011 | O | 24 | NOTICE OF CALENDARING issued. Panel: 1202M on February 10, 2012.  Entered: 12/21/2011. (EOD 12/21/2011 by KSH) 2011-3129 |
| 01/18/2012 | O | 25 | Response to Oral Argument Order for the respondent, Securities and Exchange Commission, stating that Tara Hogan will argue.  Mail Service - 01/17/12.  Received: 01/17/12. REV(01/18/12 by EO)  2011-3129 |

# United States Court of Appeals for the Federal Circuit

## 2011-3129: NORRIS V SEC

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/18/2012 | O | 26 | Response to Oral Argument Order for the petitioner, Jeffrey B. Norris, stating that Michael Kator will agrue.  Mail Service - 01/04/12.  Received: 01/18/12. REV(01/18/12 by EO)  2011-3129 |
| 02/10/2012 | O | 27 | Submitted after ORAL ARGUMENT by Michael Kator and Tara Hogan. Panel: Dyk, Moore and O'Malley.  Entered: 02/10/2012. (EOD 02/10/2012 by KSH) 2011-3129 |
| 04/10/2012 | D | 28 | Disposition: Vacated and Remanded by Panel. Precedential Opinion by: J. Dyk. Judgment Entered: 04/10/12. Costs against Respondent.  Opinion sent to parties: 04/10/12. Filed: 04/10/12. Mandate issued to the MSPB: 07/19/12. REV (07/19/12 by JB) 2011-3129 |
| 04/26/2012 | O | 29 | Petitioner Jeffrey B. Norris Bill of Costs against the appellee. Mail Service - 04/24/12.  Filed: 04/24/12. REV(04/26/12 by CLT)  2011-3129 |
| 05/07/2012 | M | 30 | Respondent [Securities and Exchange Commission] - Respondent's Unopposed Motion for an Enlargement of Time to File Petition for Rehearing  Mail Service - 05/04/12. Filed: 05/04/12. Action on Motion (32): The motion is granted. Respondent's petition for rehearing is due by June 25, 2012.  No further extensions willl be granted. by Merits Panel. Filed: 05/22/12. EOD(05/07/12 by LB)  REV(05/22/12 by LB)  2011-3129 |
| 05/16/2012 | M | 31 | Petitioner [Jeffrey B. Norris] - Application for Fees and Other Expenses Under the Equal Access to Justice Act.  Mail Service - 05/10/12. Filed: 05/10/12. Reply 1 (34) Filed: 06/22/12 Action on Motion (39): Precedential Order.  Norris's applicatiion for attorneys' fees is denied. by Merits Panel. Filed: 08/22/12. EOD(05/16/12 by JB)  REV(08/22/12 by JB)  2011-3129 |
| 06/08/2012 | O | 33 | Clerk's letter to respondent Securities and Exchange Commission requesting a response to the application for attorney fees and expenses.  The response is due on or before June 22, 2012.  Court Service - 06/08/12.  Mailed: 06/08/12. REV(06/08/12 by JB)  2011-3129 |
| 06/26/2012 | P | 35 | Respondent [Securities and Exchange Commission] - Petition for Rehearing  Mail Service-06/25/12. Filed: 06/25/12. Petition Circulated: 06/26/12. Petition Action(37): Denied on 07/12/12. REV(07/12/12 by LB)  2011-3129 |

# United States Court of Appeals for the Federal Circuit

## 2011-3129: NORRIS V SEC

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 07/06/2012 | M | 36 | Petitioner [Jeffrey B. Norris] - Consent Motion for Leave to File Reply in Support of Petitioner's Application for Award of Fees and Expenses.  (Reply attached)  Mail Service - 07/05/12. Filed: 07/06/12. On consent. Action on Motion (40): Motion granted. by Merits Panel. Filed: 08/23/12. EOD(07/06/12 by JB) REV(08/23/12 by JB)  2011-3129 |
| 07/19/2012 | O | 38 | Costs taxed against the respondent, Securities and Exchange Commission in the amount of $758.56.  Court Service - 07/19/12.  Entered: 07/19/12. REV(07/19/12 by JB)  2011-3129 |